In the Matter of the Application of Gerald S. Griffin, Appellant, for a Peremptory Writ of Mandamus against William Williams, Individually and as Commissioner of Water Supply, Gas and Electricity of the City of New York, et al., Respondents.

*Matter of Griffin* v. *Williams,* 168 App. Div. 63, appeal dismissed.
(Argued October 1, 1915; decided October 19, 1915.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1915, which reversed an order of Special Term denying a motion for a resettlement of an order allowing an alternative writ of mandamus and reversed the order as resettled and dismissed the proceeding. The petition

below prayed for a peremptory writ of mandamus to compel the restoration of the petitioner to the position of assistant engineer in the department of water supply, gas and electricity of the city of New York.

*Roger Foster* for appellant.

*Louis H. Hahlo, Corporation Counsel (Terence Farley, E. Crosby Kindleberger* and *Elliot S. Benedict* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.

Concur: COLLIN, HOGAN, SEABURY and POUND, JJ.; CHASE and CUDDEBACK, JJ., vote for affirmance; WILLARD BARTLETT, Ch. J., absent.